# Third District Court of Appeal
## State of Florida

Opinion filed March 23, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D20-1813
Lower Tribunal No. F14-8780

————————————

**Jeff Scott,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Michael Ufferman Law Firm, P.A., and Michael Ufferman (Tallahassee), for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.